■ Julie A. Gerwitz, as Administratrix of the Estate of Christopher P. Gerwitz, Appellant, v State of New York, Respondent. (Claim No. 100439.) [784 NYS2d 399]—Appeal from a

judgment of the Court of Claims (Donald J. Corbett, Jr., J.), entered July 1, 2003. The judgment was entered upon a decision of the court, which dismissed the amended claim after a nonjury trial in a personal injury action.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present—Hurlbutt, J.P., Kehoe, Gorski, Martoche and Hayes, JJ.